# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

ALBERT KEITH HAYNES,

    Petitioner,

v.                                     CASE NO. 1:12-cv-00270-MP-GRJ

KENNETH S TUCKER,

    Respondent.

_____/

# **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated October 3, 2014. (Doc. 23). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Petitioner objected at Doc. 26. I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.
2. The motion to dismiss, Doc. 19, is GRANTED, and the petition dismissed.
3. A certificate of appealability is DENIED.

**DONE AND ORDERED** this <u> 30th </u> day of January, 2014

                                                        *s/Maurice M. Paul*
                                               Maurice M. Paul, Senior District Judge